IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**RUDOLPH W. ("RUDY") UNDERWOOD**  PETITIONER

VS.  CASE NO.  4:07MC00017 JMM

**SUSAN WEBBER-WRIGHT, INDIVIDUALLY
AND AS A UNITED STATES DISTRICT JUDGE, ET AL**  RESPONDENTS

**ORDER**

For the reasons previously stated by the Court, plaintiff's Motion for Reconsideration is denied (#4). The Motion to Compel is denied as moot (#6). The Clerk of the Court is directed to process his notice of appeal of the Court's Order of August 16, 2007.

Plaintiff's Motion for Recusal is also denied (#7). The fact that plaintiff plans to name United States District Judge James M. Moody as a plaintiff in a possible future case is insufficient to merit recusal.

IT IS SO ORDERED THIS   27   day of   August , 2007.

_____
James M. Moody
United States District Judge